# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2010

Marilyn Kelly,
Chief Justice

139896 & (71)(77)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JOHN DOE, Next Friend of JANE DOE, a minor,
      Plaintiff-Appellant/Cross-Appellee,

v

                                      SC: 139896
                                        COA: 285655
JOHN DOE I, HENRY FORD HOSPITAL, and       Wayne CC: 07-701308-NO
HENRY FORD HEALTH SYSTEM, INC.,
      Defendants,

and

JOHN DOE II and SUPERIOR AMBULANCE
SERVICE,
      Defendants-Appellees/Cross-
      Appellants.

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the September 17, 2009 judgment of the Court of Appeals is considered, and it is DENIED. The application for leave to appeal as cross-appellants is considered and, pursuant to MCR 7.302(H)(1), we VACATE that part of the Court of Appeals judgment concerning the reporting requirements under the child protection law. We REMAND this case to the Court of Appeals for reconsideration of the reporting requirements under the child protection law, MCL 722.623(1)(a), and the effects of MCL 722.622(f), (t) and (u) on those requirements in this case. In all other respects, the application for leave to appeal as cross-appellant is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

We do not retain jurisdiction.

KELLY, C.J., would simply deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2010

s0330

Clerk